IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:04-CR-00092- |
| | § | 007-SJD-AGD |
| TOM FRANKLIN MORRIS (7) | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Tom Franklin Morris's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on July 7, 2023, to determine whether Defendant violated his supervised release. Defendant was represented by Douglas H. Schopmeyer of the Federal Public Defender's Office. The Government was represented by Ernest Gonzalez.

Defendant was sentenced on June 30, 2005, before The Honorable Michael H. Schneider of the Eastern District of Texas after being found guilty of the offenses of Count 1: Conspiracy to Possess with Intent to Distribute Methamphetamine, a Class A felony, and Count 6: Possession with Intent to Distribute Methamphetamine, a Class C felony. These offenses carried a statutory maximum imprisonment term of Life and 20 years, respectively. The guideline imprisonment range, based on a total offense level of 37 and a criminal history category of VI, was 360 months to Life. Defendant was subsequently sentenced to 360 months imprisonment at to Count 1 and a term of 240 months as to Count 6, to be served concurrently; to be followed by a 5-year term of supervised release as to Count 1 and a 3-year term of supervised release as to Count 6. The terms were to run concurrently, and he was subject to the mandatory and standard conditions of release, plus special conditions to include financial disclosure to verify employment, substance abuse testing and treatment, mental health treatment, and a $200.00 special assessment. Pursuant to a

REPORT AND RECOMMENDATION – Page 1

Reduction of Sentence for Changed Circumstances under Federal Rule of Criminal Procedure 35(b), on December 14, 2021, the imprisonment portion of the sentence was reduced to 240 months as to Count 1 and 240 months as to Count 6, to run concurrently with Count 1. The terms of supervised release were not amended. On January 14, 2022, Defendant completed his period of imprisonment and began service of the supervision term. On February 8, 2021, this case was reassigned to The Honorable Sean D. Jordan, U.S. District Judge for the Eastern District of Texas.

On February 10, 2023, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #627, Sealed). The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) The defendant shall not commit another federal, state, or local crime; and (2) Defendant must refrain from any unlawful use of a controlled substance (Dkt. #627 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On February 4, 2023, Tom Franklin Morris was arrested by the Paris, Texas Police Department for the offenses of Assault Family-Household Violence/Impeding Breath, a 3rd degree felony, and Criminal Mischief, a Class B misdemeanor. He remains in custody at the Lamar County jail and the bonds have been set as follows: $10,000.00 on the felony and $500.00 on the misdemeanor. No formal charges have been filed and this case remains pending in Lamar County, Texas. Per the arrest report, Defendant physically assaulted his paramour by choking her with his hands, and then upon arrest, he caused damage to the police car by breaking items inside the car with his feet; and (2) During a home visit conducted on December 30, 2022, Defendant verbally admitted to the U.S. Probation Officer that he consumed marijuana approximately two weeks prior to the visit.

Prior to the Government putting on its case, Defendant entered a plea of true to allegations 1, with regard to the offense of Criminal Mischief, and 2 of the Petition. Having considered the

REPORT AND RECOMMENDATION – Page 2

Petition and the plea of true to allegations 1, with regard to the offense of Criminal Mischief, and

2, the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to

the report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's

supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to

be imprisoned for an additional term of imprisonment of fourteen (14) months on Count 1 and

fourteen (14) months on Count 6, to run consecutively for a total of twenty-eight (28) months,

followed by a term of supervised release of thirty-six (36) months on Count 1 and thirty-six (36)

months on Count 6, to run concurrently.

The court also recommends that Defendant be housed in the Bureau of Prisons facility in

Fort Worth, Texas, if appropriate. The court further recommends that the Bureau of Prisons

consider the Defendant for the maximum amount of community confinement allowable under the

law, preferably in Tyler, Texas.

**SIGNED this 3rd day of August, 2023.**

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION – Page 3